# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-2667

_____

William Reed,                                          *
                                                       *
            Appellant,                                 *
                                                       *   Appeal from the United States
      v.                                               *   District Court for the
                                                       *   District of South Dakota.
Warden Ricardo Martinez,                               *
                                                       *   [UNPUBLISHED]
            Appellee.                                  *

_____

Submitted: November 2, 2007
Filed: November 8, 2007

_____

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

_____

PER CURIAM.


      William Reed appeals the district court's[1] order dismissing his 28 U.S.C. § 2241 petition. Because the district court correctly concluded Reed did not establish that 28 U.S.C. § 2255 was inadequate or ineffective to test the legality of his detention, we affirm. See 8th Cir. R. 47B.

_____

_____

      [1]The Honorable Karen E. Schreier, Chief Judge, United States District Court for the District of South Dakota.